**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TINA M. WINKLER, *et al* )<br>  )<br>    Plaintiffs, )<br>  v.   )<br>  )<br>MEDTRONIC, INC. and )<br>HEARTWARE, INC., )<br>  )<br>    Defendants. ) | Case No. 8:18-cv-00865-PX |

## MOTION TO DISMISS

Defendants Medtronic, Inc. and HeartWare, Inc. ("Defendants") hereby move this Court to dismiss Plaintiffs' Complaint. Plaintiffs claim that John C. Winkler ("the decedent") suffered a cardiac arrest and died because his HeartWare Left Ventricular Assistive Device ("LVAD") lost power. Plaintiffs now seek damages in connection with the alleged malfunction. The Complaint asserts five causes of action jointly against Medtronic and HeartWare: Negligent Design (Count I); Negligent Manufacture (Count II); Breach of Warranty (Count III); Strict Liability (Count IV); and Wrongful Death (Count V).

As set forth in Defendants' supporting memorandum of law, there are at least two reasons for dismissing Plaintiffs' pleading. ***First,*** all of Plaintiffs' claims are preempted under the Medical Device Amendments to the Federal Food, Drug, and Cosmetic Act. *See* 21 U.S.C. § 360k(a). This statute preempts Plaintiffs' state law claims because the LVAD is a Class III medical device, and because Plaintiffs' claims seek to impose state-law requirements that are different from or in addition to the FDA's requirements. ***Second***, Plaintiffs have failed to plead facts to support any of their theories of liability. Rule 8(a) requires a plaintiff to allege sufficient facts to state a plausible cause of action. Plaintiffs' Complaint fails to comply with this pleading standard.

For the foregoing reasons, and as set forth more fully in their Memorandum in Support of their Motion to Dismiss, Defendants respectfully request that the Court dismiss Plaintiffs' Complaint.

Dated: April 30, 2018				Respectfully submitted,

/s/ *DaWanna McCray*
Nicole Wrigley
NWrigley@winston.com
DaWanna McCray
DMcCray@winston.com
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60409
(312) 558-5600

*Counsel for Medtronic, Inc. and HeartWare, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2018, the foregoing document was filed via the Court's CM/ECF system, and also sent via electronic and U.S. mail to counsel for Plaintiffs:

John J. Sellinger
Greenberg & Bederman, LLC
1111 Bonifant Street
Silver Spring, MD 20910
(301) 589-2200
jsellinger@gblawyers.com

*Attorney for Plaintiffs*

                                                    /s/ *DaWanna McCray*
                                                    DaWanna McCray