UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TINA M. WINKLER, *et al* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MEDTRONIC, INC. and )<br>HEARTWARE, INC., )<br>)<br>Defendants. ) | Case No. 8:18-cv-00865-PX |

## MOTION TO WITHDRAW

Defendants Medtronic, Inc. and Heartware, Inc. respectfully requests that the Court grant leave to withdraw Nicole E. Wrigley as counsel in the above-captioned matter. In support of this motion, Defendants state as follows:

1. Attorneys Matthew Saxon, DaWanna McCray, and Nicole Wrigley of Winston & Strawn LLP have filed appearances on behalf of Medtronic, Inc. and Heartware, Inc.

2. Ms. Wrigley has since left Winston & Strawn LLP and is no longer participating in this case. She does not need notice of filings in this matter and should be removed from all service lists including the CM/ECF system.

3. Matthew Saxon and DaWanna McCray of Winston & Strawn LLP will continue to represent Medtronic, Inc. and Heartware, Inc. in this matter.

WHEREFORE, for the foregoing reasons, Medtronic, Inc. and Heartware, Inc. respectfully request that this Court grant leave for Nicole E. Wrigley to withdraw, and remove her from all service lists and as counsel for Medtronic, Inc. and Heartware, Inc.

Date:   October 24, 2018                              Respectfully submitted,


                                                     */s/ DaWanna McCray*
                                                     DAWANNA MCCRAY
                                                     DMcCray@winston.com
                                                     WINSTON & STRAWN LLP
                                                     35 W. Wacker Drive
                                                     Chicago, IL 60409
                                                     (312) 558-5600

                                                     *Counsel for Medtronic, Inc. and HeartWare, Inc.*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on October 24, 2018, I caused a true and correct copy of the foregoing to be served via electronic mail upon the following:

John J. Sellinger
Greenberg & Bederman, LLC
1111 Bonifant Street
Silver Spring, MD 20910
jsellinger@gblawyers.com
(301) 589-2200

                    */s/ DaWanna McCray*