UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TINA M. WINKLER, *et al*  )
                                )
        Plaintiffs,    )
v.                           )  Case No. 8:18-cv-00865-PX
                                )
MEDTRONIC, INC. and    )
HEARTWARE, INC.,       )
                                )
        Defendants.  )

## **AFFIDAVIT**

1. On November 20, 2012, HeartWare, Inc. received premarket approval for the HeartWare Ventricular Assistive Device ("HVAD").

2. The HVAD is comprised of various components.

3. Five suppliers provide battery packs, chargers and other battery components.

    a. **Astrodyne TDI** supplies: 1) Pal AC Adapter, 2) Pal DC adapter, 3) HVAD global battery charger, 4) AC power adapter - Class 2, 5) HVAD monitor (Advantech) AC adapter (Jerome Ref WIZI-19.0M V1), 6) HVAD global controller ac power adapter- class 2, 7) HVAD global controller dc, and 8) power adapter class 2. Astrodyne manufactures these components in *New Jersey* at 36 Newburgh Road, Hackettstown, NJ.

    b. **Cirtec Medical** supplies the 1650 Battery Pack (WW). Cirtec manufactures these components in ***Connecticut*** at 99 Print Shop Rd., Enfield, CT.

    c. **Electrochem Solutions** supplies: 1) MVAD small battery packs, 2) pal battery charger, 3) pal large battery pack, 4) pal battery cap, 5) HVAD battery charger- class 2, and 6) battery charger (MTX REF 3-960-0299). Electrochem manufactures these components in ***Oregon*** at 13955 SW Millikan Way, Beaverton, OR.

    d. **Greatbatch Medical S. de R. L. de C.V.** supplies: 1) HVAD battery charger - Class 2, 2) battery charger (MTX REF 3-360-0299), and 3) HVAD battery charger - Class 2. Greatbatch manufactures these components in ***Mexico*** at Calle 5 Norte No. 511 Ciudad Industrial Tijuana B.C. 22444, Tijuana B.C. 22444, Tijuana, Mexico.

    e. **Inventus Power** supplies the 1650 Battery Pack (WW). Inventus is a new 2018 supplier that manufactures this component in ***Illinois*** at 1200 Internationale Parkway, Woodridge, IL.

4. **Cirtec Medical** provided the batteries (serial numbers: BAT000001 to BAT199999) that are subject to the January 7, 2016 recall.

5. The information contained in this affidavit is designated "CONFIDENTIAL".

**SIGNATURE OF MEDTRONIC, INC. AND HEARTWARE, INC. REPRESENTATIVE**

I, Justin Dierking, swear under penalty of perjury that the above information is true and correct to the best of my knowledge and ability.

_____                     2/12/2019
Signature                                                              Date