UNITED STATES DISTICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TINA M. WINKLER, et al., | * | |
| | * | |
| Plaintiffs, | * | Case No. 18-cv-00865-PX |
| | * | |
| v. | * | |
| | * | |
| MEDTRONIC, INC., and | * | |
| HEARTWARE, INC. | * | |
| | * | |
| Defendants | * | |

**REQUEST FOR HEARING**

Plaintiffs, by counsel, hereby request a hearing in open court on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and Plaintiffs' Opposition thereto.

**/s/ John J. Sellinger**
John J. Sellinger     #05236
Greenberg & Bederman, LLC
1111 Bonifant Street
Silver Spring, MD 20910
(301) 589-2200
(301) 589-9424 (fax)
jsellinger@gblawyers.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 21st day of May, 2019, the foregoing document was filed via the Court's CM/ECF system upon

Matthew W Saxon, Esquire,
Winston & Strawn, LLP
700 K. Street,, N.W.
Washington, D.C. 20006-3871

and

Scott Ahmad, Esquire
DaWanna McCray, Esquire
Winston & Strawn, LLP
35 Wacker Drive
Chicago, IL 60601

Attorneys for Defendants.

                                                        **/s/ John J. Sellinger**
                                                        John J. Sellinger