FILED: April 23, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2437
(8:18-cv-00865-PX)
_____

TINA W. WINKLER, Individually and as Mother and Next Friend of J.W; MADELINE WINKLER; KELLY WINKLER; STEPHANIE LACONIA

  Plaintiffs - Appellants

v.

MEDTRONIC, INC.; HEARTWARE, INC.

  Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*